

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2018

No. 04-17-00601-CV

**IN RE SYNERGY NATURAL RESOURCES, LLC,** Trailers for Less, and Gary M. Riebschlager

Original Mandamus Proceeding[1]

## ORDER

In accordance with this court's opinion of this date, we conditionally GRANT the petition for writ of mandamus. The trial court is ordered to withdraw its August 11, 2017 order, as well as its August 24, 2017 order striking the motion for new trial filed by Gary M. Riebschlager and ordering Gary M. Riebschlager and Synergy Natural Resources, LLC to pay $2,500 in sanctions. The writ will issue only if the trial court fails to comply within fourteen days from the date of our opinion and order. We further LIFT the stay we ordered on October 6, 2017.

It is so **ORDERED** on January 10, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016-CV-02517, styled *Circle Bar A Inc. v. Synergy Natural Resources, L.L.C.*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.